JS 44 (Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James C. Wilson

### DEFENDANTS
Crescent Jewelers, Inc., Alegis Group, L.P. OSI Portfolio Services, Inc., Experian Solutions, Inc. Equifax Credit Services, Inc. and Trans Union Corporation

(b) County of Residence of First Listed Plaintiff **Collin**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Dallas/Harris/Travis Co., TX**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED
1 - Fulton County, GA

3-03CV 2615

(c) Attorney's (Firm Name, Address, and Telephone Number)
See attached Supplemental Civil Cover Sheet

Attorneys (If Known)
See attached Supplemental Civil Cover Sheet

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U S Civil Statute under which you are filing and write brief statement of cause Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions).
JUDGE _____ DOCKET NUMBER _____

DATE 10-24-2003
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

JS 44 Reverse (Rev 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   3 0 3 C V 2 6 1 5 - G

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Dallas County Court at Law No. 4 | 03-11568-D |

   RECEIVED OCT 24 2003 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorneys |
   |---|---|
   | James C. Wilson, Plaintiff | Jason Charles Ciarochi<br>State Bar No. 24012424<br>Law Office of Jason Charles Ciarochi<br>208 North Market Street, Suite 11-B<br>Dallas, TX 75202<br>214.270.5355 Ext. 209 - Phone<br>214.853.5001 Fax |
   | Crescent Jewelers, Inc., Defendant | Blake A. Bailey<br>State Bar No. 01514700<br>Christopher M. McDowell<br>State Bar No. 24002571<br>Brown McCarroll, LLP<br>2001 Ross Avenue, Suite 200<br>Dallas, TX 75201<br>214.999.6100 – Phone<br>214.999.6170 – Fax |

| | |
|---|---|
| Alegis Group, L.P., Defendant | Unknown |
| Gulf State Credit, LLC, Defendant | Unknown |
| OSI Portfolio Services, Inc., Defendant | Unknown |
| Experian Information Solutions, Inc., Defendant | Everett M. Upshaw<br>State Bar No. 24025690<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>214.220.3939 – Phone<br>214.969.5100 – Fax |
| Equifax Information Services, Inc., Defendant | Timothy D. Zeiger<br>State Bar No. 22255950<br>Shackelford Melton & McKinley, LLP<br>10100 N. Central Expressway, Suite 600<br>Dallas, TX 75231<br>972.490.1400 – Phone<br>214.696.0699 – Fax<br><br>Corey N. Cutter<br>Georgia State Bar No. 209905<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>404.815.6500 – Phone<br>404.815.6555 - Fax |
| Trans Union Corporation, Defendant | Paul L. Myers<br>State Bar No. 14765100<br>Strasburger & Price, LLP<br>901 Main Street, Suite 4300<br>Dallas, TX 75202<br>214.651.4300 – Phone<br>214.651.4330 – Fax |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?          (Yes)          No

   If "*Yes,*" by which party and on what date?

| **Party** | **Date** |
|---|---|
| Plaintiff, James C. Wilson | September 23, 2003 |

(With the filing of the Original Petition; however, according to the State Court Docket Sheet, the jury fee required by Rule 216 (b) was not tendered.)

4. **Answer:**

Was an Answer made in State Court?     Yes    No

If *"Yes,"* by which party and on what date?

| **Party** | **Date** |
|---|---|
| Defendant, Experian Information Solutions, Inc. | October 16, 2003 |
| Defendant, Trans Union LLC | October 20, 2003 |
| Defendant, Crescent Jewelers, Inc. | October 20, 2003 |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| Alegis Group, L.P. | Unknown |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| Gulf State Credit, LLC | Bankruptcy Litigation |
| OSI Portfolio Services, Inc. | Bankruptcy Litigation |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"). |
| | Violations of Texas Finance Code, §392.301(a)(3), §392.303(a)(2), §392.304(a)(8), §392.202. |
| | Violation of Texas Deceptive Trade Practices – Consumer Protection Act under §17.50 (h) of the Texas Business and Commerce Code. |
| | Defamation (Liable and Slander) |
| | Negligence |
| | Suit for Declaratory Judgment pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code. |

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES C. WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 303CV2615-G |
| vs. | § | |
| | § | |
| CRESCENT JEWELERS, INC. | § | |
| ALEGIS GROUP, L.P., GULF STATE | § | |
| CREDIT LLC, OSI PORTFOLIO | § | |
| SERVICES, INC., EXPERIAN | § | |
| SERVICES CORPORATION, EQUIFAX | § | |
| CREDIT INFORMATION SERVICES, | § | |
| INC., TRANS UNION CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 4 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## NOTICE OF REMOVAL

COMES NOW Equifax Information Services, LLC, ("Equifax"), successor in interest to Equifax Credit Information Services Inc., Defendant in the above-captioned action, and hereby files this Notice of Removal of this action from the County Court at Law No. 4 for Dallas County, Texas, wherein it is now pending as Case No. CC-03-11568-D, to the United States District Court for the Northern District of Texas, Dallas Division, the District Court of the United States for the District and Division embracing the place where this action is pending. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and 1446. In support hereof, Defendant show this Court as follows:

1.  An action was commenced against Defendants Crescent Jewelers, Inc., Alegis Group, L.P., Gulf State Credit, LLC, OSI Portfolio Services, Inc., Experian Services Corporation, Equifax Credit Information Services, Inc., and Trans Union Corporation in the County Court of Dallas County at Law No. 4, Dallas County, Texas, entitled James C. Wilson v. Crescent Jewelers, et. al..

NOTICE OF REMOVAL - PAGE 1

2. This Notice of Removal will be filed with the State of Texas District Court, Dallas County, and a copy of this Notice of Removal will also be served on the Plaintiff and each above-listed Defendants. In accordance with Local Rule LR 81.1, attached as Exhibit "A" is an index of all documents that clearly identifies each document and indicates the date the document was filed in state court; attached as Exhibit "B" is a copy of the docket sheet in the state court action; attached as Exhibit "C" is each document filed in the state court action, except discovery material, individually tabbed and arranged in chronological order according to the state court file date; and attached as Exhibit "D" is a separately signed certificate of interested persons that complies with LR 3.1(f).

3. Equifax was served with process and the Plaintiff's Original Petition on September 30, 2003, as well as discovery, copies of which are attached collectively to this Notice of Removal as Exhibits "C1" and "C7."

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Original Petition (the "Complaint"), on its face, alleges a violation of the FCRA. (*See* Complaint, attached hereto Exhibit "C1").

(b) The FCRA, 15 U.S.C. §1681p, provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy."

5. Removal is timely because 30 days have not elapsed since the Complaint was served upon any defendant. See Exhibit "E," Joinder and Consent to Removal of Crescent Jewelers; Exhibit "F," Joinder and Consent to Removal of Experian Services Corporation, and

Exhibit "G," Joinder and Consent to Removal of Trans Union Corporation.[1] No adjudication on the merits has occurred in the state court proceeding. *Beighley v. Federal Deposit Ins. Corp.*, 868 F.2d 776, 782 (5th Cir. 1989) ("in general, 'the right of removal is not lost by action in the state court short of proceeding to an adjudication on the merits.'" (quoting 1A Moore, Federal Practice P 0.157[9] at 153 (1987)).

6. The State Court in which this action was commenced is within this Court's district and division.

7. This Notice of Removal is being filed with the Dallas County Court at Law No. 4 in Dallas County, Texas, and is being served via United States Mail on Plaintiff's counsel, as set forth in the attached Certificate of Service.

WHEREFORE, Defendant prays that the above-described action now pending in the County Court of Dallas County at Law No. 4 in Dallas County, Texas, be removed to this Court.

This 24th of October, 2003.

Respectfully submitted,

**SHACKELFORD MELTON & MCKINLEY, LLP**
10100 North Central Expressway, Suite 600
Dallas, Texas 75231
Telephone: (972) 490-1400
Facsimile: (214) 696-0699

By: _____
**TIMOTHY D. ZEIGER**
State Bar No. 22255950

OF COUNSEL:
Corey N. Cutter, Esq.
Georgia Bar No. 209905
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

---

[1] At the time of the filing of this removal, Alegis had not yet been served with the Complaint in this matter. Both Gulf State Credit, LLC and OSI Portfolio Services will be nonsuited in this matter as each has filed for Chapter 11 Bankruptcy in the Eastern District of Missouri. The case number for the bankruptcy filing is 03-45870-399.

**NOTICE OF REMOVAL – PAGE 3**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of **NOTICE OF REMOVAL** upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Jason Charles Ciarochi
LAW OFFICE OF JASON CHARLES CIAROCHI
208 North Market Street, Suite ll-B
Dallas, Texas 75202
*Attorney for Plaintiff*

Blake A. Bailey
BROWN MCCARROLL, LLP
2000 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
*Attorney for Defendant Crescent Jewelers, Inc.*

Everett Upshaw
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
*Attorney for Defendant Experian*

Kasey Ratliffe
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4300
Dallas, Texas 75202.3794
*Attorney for Defendant Trans Union*

This 24th of October, 2003.

_____
**TIMOTHY D. ZEIGER**

**NOTICE OF REMOVAL – PAGE 4**