ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 2 4 2003

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| JAMES C. WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. |
| | § | |
| CRESCENT JEWELERS, INC. | § | **303CV 2615- G** |
| ALEGIS GROUP, L.P., GULF STATE | § | |
| CREDIT LLC, OSI PORTFOLIO | § | |
| SERVICES, INC., EXPERIAN | § | |
| SERVICES CORPORATION, EQUIFAX | § | |
| CREDIT INFORMATION SERVICES, | § | |
| INC., TRANS UNION CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PERSONS AND
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 81.1(a)(3)(D) and Local Rule 3.1(f) and Fed. R. Civ. P. 7.1,

Defendant Equifax, Information Services LLC, successor in interest to Equifax Credit

Information Services, Inc., submits the following Certificate of Interested Persons that contains a

complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors,

insurers, affiliates, parent or subsidiary corporations, or other legal entities who appear from the

pleadings to be are financially interested in the outcome of the case.

1.  Plaintiff:      James C. Wilson

    Counsel:      Jason Charles Ciarochi
                       LAW OFFICE OF JASON CHARLES CIAROCHI
                       208 North Market Street, Suite 11-B
                       Dallas, Texas 75202

2.    Defendant:    Equifax Information Services LLC
                    (successor-in-interest to Equifax Credit Information Services, Inc.)

                    Equifax, Inc.
                    (Equifax Information Services L.L.C. is a wholly owned subsidiary of
                    Equifax Inc., which is publicly traded on the NYSE)

      Counsel:      McKINLEY & ZEIGER, P.C.
                    Timothy D. Zeiger
                    SBN: 22255950
                    10100 North Central Expwy, Suite 600
                    Dallas, Texas 75231

                    Corey N. Cutter
                    Kilpatrick Stockton LLP
                    1100 Peachtree Street, Suite 2800
                    Atlanta, GA 30309

3.    Defendant:    Crescent Jewelers, Inc.

      Counsel:      Blake A. Bailey
                    BROWN MCCARROLL, LLP
                    2000 Trammell Crow Center
                    2001 Ross Avenue
                    Dallas, Texas 75201

4.    Defendant:    Experian Information Solutions, Inc.
                    GUS, PLC
                    (parent corporation for Experian Information Solutions, Inc., which is
                    publicly traded on the London Stock Exchange, owns 100% of
                    Experian.)
                    Experience does not have any subsidiaries that are not wholly owned
                    by Experian.

      Counsel:      Everett Upshaw
                    JONES DAY
                    2727 North Harwood Street
                    Dallas, Texas 75201-1515

5.    Defendant:    Trans Union

      Counsel:      Paul Myers
                    STRASBURGER & PRICE, LLP
                    901 Main Street, Suite 4300
                    Dallas, Texas 75202.3794

Submitted this 23 day of October, 2003.

Respectfully submitted,

**SHACKELFORD MELTON & MCKINLEY, LLP**
10100 North Central Expressway, Suite 600
Dallas, Texas 75231
Telephone: (972) 490-1400
Facsimile: (214) 696-0699

By: _____
    **TIMOTHY D. ZEIGER**
    State Bar No. 22255950

And

Corey N. Cutter, Esq.
Georgia Bar No. 209905
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
(404) 815-6500

**ATTORNEYS FOR EQUIFAX
INFORMATION SERVICES LLC**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of **CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 DISCLOSURE STATMENT** upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Jason Charles Ciarochi
LAW OFFICE OF JASON CHARLES CIAROCHI
208 North Market Street, Suite ll-B
Dallas, Texas 75202
*Attorney for Plaintiff*

Blake A. Bailey
BROWN MCCARROLL, LLP
2000 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
*Attorney for Defendant Crescent Jewelers, Inc.*

Everett Upshaw
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
*Attorney for Defendant Experian*

Paul Myers
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4300
Dallas, Texas 75202.3794
*Attorney for Defendant Trans Union*

This 2*9* of October, 2003.

**TIMOTHY D. ZEIGER**